# UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

| | |
|---|---|
| In Re: John Clifford Vinson, Debtor | Bankruptcy Proceeding No.: 3:15−bk−01192<br><br>Chapter: 13<br>Judge: David L Bissett |

**PLEASE TAKE NOTICE that the hearing will be held by Zoom for Government**

on 8/29/24 at 11:00 AM

to consider and act upon the following:

*124* − Application to Withdraw Monies from Registry in the Amount of $2187.20 with Certificate of Service Filed by Jose Rubio (as assignee of John Clifford Vinson) (Attachments: # 1 Document Contract # 2 Document Assignment # 3 Document Certificate of Resolution # 4 Proposed Order # 5 Supplement Coversheet) (blw) Additional attachment(s) added on 7/2/2024 (blw).

**Required Appearance By Video:**
The Chapter 13 Trustee, Debtor's counsel, and counsel wishing to make an argument before the court or be heard on the merits of a case must appear by video conference. Parties are not required to be prepared to present evidence or testimony at the video hearing unless otherwise directed by the Court. The link to join the video hearing is as follows:

  https://www.zoomgov.com/j/1616665385?pwd=dHVFdEJ2SWdoL3poQkQwdHNqN2JCdz09
  Select "Launch Meeting"
  Meeting ID: 161 666 5385
  Passcode:5466

**Telephonic Attendance at the Hearing by Debtors, Other Attorneys, Parties−in−Interest and the Public.** All Debtors, other attorneys, parties in interest, or members of the public who wish to monitor the proceedings may do so using the following dial−in information:

  646−828−7666
  Meeting ID: 161 666 5385
  Passcode: 5466

Once you call in, you will be staged in the Zoom Waiting Room until a court representative takes roll and checks you into the hearing. Please be sure to call into the meeting at least 10 minutes before your hearing is scheduled to begin.

The *Guidelines For Chapter 13 Virtual Hearings* and the Zoom Hearing link are located on the Court's Website Home Page at www.wvnb.uscourts.gov. Under no circumstances may any participant or listener record or broadcast the proceedings.

Dated: 8/5/24

  Clerk of Court
  U.S. Bankruptcy Court
  Northern District of WV
  Post Office Box 70
  Wheeling, WV 26003
  304−233−1655

United States Bankruptcy Court
Northern District of West Virginia

| | |
|---|---|
| In re: | Case No. 15-01192-dlb |
| John Clifford Vinson | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

District/off: 0424-3     User: ad     Page 1 of 2
Date Rcvd: Aug 05, 2024     Form ID: zmbkhrg     Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | John Clifford Vinson, 2871 Winchester Ave., Martinsburg, WV 25405-5794 |
| | | John Clifford Vinson, 16 Wildflower Creek Dr, Martinsburg, WV 25404-3435 |
| c | + | Jose Rubio, Valley Works LLC, PO Box 1471, Shepherdstown, WV 25443-1471 |
| | + | Office of the US Attorney, NDWV, US Courthouse and Federal Building, Suite 3000, 1125 Chapline Street, Wheeling, WV 26003 UNITED STATES 26003-2980 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. McAuliffe | |
| | on behalf of Plaintiff John Clifford Vinson mcalaw2000@aol.com lizmcalaw@aol.com;mcalaw2000@gmail.com;laureldbrown@gmail.com;mecfmail@gmail.com;r65375@notify.bestcase.com |
| Brian J. McAuliffe | |
| | on behalf of Debtor John Clifford Vinson mcalaw2000@aol.com lizmcalaw@aol.com;mcalaw2000@gmail.com;laureldbrown@gmail.com;mecfmail@gmail.com;r65375@notify.bestcase.com |
| Eric Michael Wilson | |

District/off: 0425-3                                       User: auto                                       Page 2 of 2
Date Rcvd: Aug 05, 2024                         Form ID: zmbkhrg                            Total Noticed: 4

|  |  |
|---|---|
|  | on behalf of Creditor State of West Virginia Department of Tax and Revenue eric.m.wilson@wv.gov  lora.l.rutledge@wv.gov |
| Kathy M Santa Barbara | on behalf of Creditor 167th TFR Federal Credit Union kathy@ksblawofc.com |
| Ryan Winquist Johnson | rwjohnson@wvtrustee.org  klbarron@WVTRUSTEE.ORG;mshunt@WVTRUSTEE.ORG;ejwizba@WVTRUSTEE.ORG |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |

TOTAL: 6